STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

NOT DESIGNATED FOR PUBLICATION

Kenneth E. Pickering
Pickering, Cotogno, et al
301 Magazine St., Suite 300
New Orleans LA 70130

**REHEARING ACTION: March 25, 2009**

**Docket Number: 08   01004-CA**

**TINA NORMAND**
**VERSUS**
**NATIONAL AUTOMOTIVE INSURANCE CO.**

**Appealed from Avoyelles Parish Case No. 2007-0481-B**

**BEFORE JUDGES:**

  **Hon. Ulysses Gene Thibodeaux**
  **Hon. Elizabeth A. Pickett**
  **Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **National Automotive Insurance Co.** has this day been

  **DENIED.**

cc: Brian M. Caubarreaux, Counsel for the Appellee